**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jose Alberto C. D.,

Petitioner,

v.

Todd Blanche, *Attorney General*, et al.,

Respondents.

No. 0:26-cv-03566-KMM-LIB

**ORDER**

---

This matter is before the Court on Petitioner's September 23, 2026 letter requesting permission to file a motion for reconsideration of this Court's Order dated September 2, 2026. (Dkt. 17.) Of note, Petitioner asserts that after his counsel attempted to facilitate his removal, an ICE officer informed counsel that Petitioner could not be removed until USCIS issued a final revocation letter and that ICE was awaiting a final decision from USCIS on his deferred action. On September 28, 2026, Respondents advised the Court that they oppose the request and that Petitioner had been transferred to El Paso, Texas, with his removal being "imminent." (Dkt. 19.)

The Court finds that Petitioner's letter sets forth compelling circumstances, and ordinarily, the Court would simply allow him to file a motion for reconsideration. D. Minn. LR 7.1(j). Indeed, Petitioner's letter suggests that the Court's September 2nd Order may incorrectly depend on an incorrect premise—that deferred action places no limitations on removal at all.

However, the Court will not authorize filing of a motion for reconsideration at this time. Two weeks ago, Respondents advised the Court that Petitioner's removal was "imminent," making litigation of a motion for reconsideration a potentially unwise use of the parties' and the Court's resources if Petitioner has been removed from the United States in the interim.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. **On or before October 14, 2026**, Respondents shall file a status report advising whether Petitioner has been removed from the United States.

2. Following Respondents' filing of the status report required above, the Court will determine the appropriate next steps.

Date: October 13, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge